IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT JACKSON

DONALD L. RUIS, JR. and REGINA D. RUIS )
)
    Plaintiff(s) )
)
v )    NO. 1:04cv1235 T/An
)
DEPUTY SHERIFF DANNY BROWNING AND )
SHERIFF MIKE WILSON, Individually And in )
Their official capacities and WEAKLEY )
COUNTY )
)
    Defendant(s) )

**MOTION GRANTED**
DATE: 15 June 2005

_____
James D. Todd
U.S. District Judge

## MOTION TO CONTINUE

Defendants, Weakley County, Sheriff Mike Wilson, and Deputy Sheriff Danny Browning, by and through counsel of record, respectfully move the Court for an Order continuing this case from its current trial date. In support hereof, counsel for defendant would respectfully show the court the following:

1. This cause is set for trial on Wednesday October 5, 5002.

2. Contemporaneously to the filing of this Motion, Defendants' counsel is filing a Motion to Compel discovery responses. As set forth in that Motion, Defendants sent Interrogatories and Requests for Production of Documents to Plaintiffs on April 1, 2005. To date, no response has been received.

3. The deadline for completing discovery is June 10, 2005.

4. Counsel for Plaintiffs and counsel for Defendants have spoken over the past three weeks concerning the deadlines in this case. Counsel for Plaintiffs has relayed that his father has recently passed away, and this event has hindered him from complying with the previously set deposition deadline in this case.

5. Counsel for Plaintiffs and counsel for Defendants spoke on June 8, 2005, wherein counsel for Plaintiffs informed counsel for Defendants that he would be filing a motion for a voluntary dismissal.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-16-05

6. Given that discovery has not proceeded, Defendants respectfully request a continuance of the current trial setting.

Therefore, Defendants respectfully request the Court to enter an order continuing this case from its current trial date and to reset this case for a time to be determined by the court.

Respectfully submitted,

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon O. Gibson*

James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
Attorneys for Defendants
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party or each *pro se* party on or before the filing date thereof.

DATED: This the 14th day of June, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon O. Gibson*

James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
Attorneys for Defendants

**COPIES SERVED UPON:**
Richard B. Fields
688 Jefferson Avenue
Memphis, TN 38105

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:04-CV-01235 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT