IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD L. RUIS, JR. and REGINA D. RUIS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO.   04-1235 T/An |
| DEPUTY SHERIFF DANNY BROWNING, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO COMPEL

Before the Court is Defendants' Motion to Compel Discovery Responses filed on June 14, 2005. Plaintiffs failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, the Motion is **GRANTED**. Plaintiffs shall serve complete responses to Defendants' discovery requests within 11 days for entry of this Order. Plaintiffs are warned that the failure to comply with an Order of the Court can be grounds for the imposition of sanctions, including dismissal of the Plaintiffs' Complaint.

Federal Rule of Civil Procedure 37 provides that the payment of reasonable expenses, including attorney's fees, is an appropriate sanction for discovery abuse. *See* Fed. R. Civ. P. 37. In addition, "a court may assess attorneys' fees when a party has acted in bad faith, vexatiously, wantonly, or for oppressive reasons." *Dillon v. Nissan Motor Co., Ltd.*, 986 F.2d 263, 266 (8th

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-22-05

Cir. 1993). For good cause shown and because Plaintiffs did not respond to the instant motion, the Court **ORDERS** that Plaintiffs should be required to pay reasonable expenses, including attorney's fees, to Defendants. Within 11 days of entry of this Order, Defendants shall submit to the Court a detailed accounting of the fees and expenses incurred as a result of the instant motion.

    **IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 20, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:04-CV-01235 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT