IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD L. RUIS, JR. and REGINA D. RUIS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO.   04-1235 T/An |
| DEPUTY SHERIFF DANNY BROWNING, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ASSESSING FEES AND EXPENSES

On July 21, 2005, the Court entered an Order Granting Defendants' Motion to Compel. In that Order, the Court found that "Plaintiffs should be required to pay reasonable expenses, including attorney's fees, to Defendants." *Ruis v. Browning*, Order Granting Motion to Compel, No. 04-1235 (W.D. Tenn. July 21, 2005). In accordance therewith, defense counsel submitted an affidavit detailing the fees and expenses incurred in the preparation and filing of the motion to compel. The Court has reviewed the affidavit of Brandon O. Gibson and concludes that counsel's hourly rate and counsel's listing of fees and expenses are reasonable. Therefore, the Court approves Defendants' request for fees and expenses, and Plaintiffs are ordered to pay Defendants' counsel $250.00 within 15 days of entry of this Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 08, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  08-09-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01235 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable James Todd
US DISTRICT COURT