# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

DONALD L. RUIS, JR. and
REGINA D. RUIS

**JUDGMENT IN A CIVIL CASE**

v.

DEPUTY SHERIFF DANNY
BROWNING, et al.

CASE NUMBER:     04-1235-T/An

**Decision by Court**.  This action came to consideration before the Court.  The issues
have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in
the above-styled matter on 10/04/05, the defendants' motion to dismiss is GRANTED
and this case is hereby DISMISSED.

APPROVED:

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

DATE  10/5/05

BY:  _____
DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   10-06-05  .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in
case 1:04-CV-01235 was distributed by fax, mail, or direct printing on
October 6, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Pam Belew
CIRCUIT COURT CLERK
Weakley County Courthouse
P.O. Box 28
Dresden, TN 38225

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT